Gregory STOVALL, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2007–3093.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2007.

José L. Ongay, of Philadelphia, PA, argued for petitioner.

Bryant G. Snee, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC argued for respondent. On the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Allison Kidd–Miller, Trial Attorney.

GAJARSA, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**